AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Brandi Lorraine Duncan (01)<br>Noemi Paola Salazar (02)<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 2:25-MJ-56<br>)<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 9 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2025__ in the county of __Randall and Potter__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Fernando Burga, DEA SA
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 4/9/25

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_____
Printed name and title

No. 2:25-MJ-56

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Fernando Burga, being sworn, depose and state as follows:

1) I am a Special Agent (SA) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a Special Agent with DEA in April 2023, and completed DEA Basic Agent Training Academy, located in Quantico, Virginia in August 2023. In connection with my duties and responsibilities as a Special Agent, I have received extensive training in the field of narcotics trafficking investigations, including but not limited to, conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, executing arrest and search warrants. Prior to my employment with the DEA, I was a police officer with the Punta Gorda Police Department for 6 years. During that time, as a Patrol Officer assigned to the canine unit. I made numerous narcotics related arrests and assisted in narcotics investigations.

3) This affidavit is made in support of a complaint and arrest warrant for Brandi DUNCAN and Noemi SALAZAR. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

4) On April 8, 2025, at approximately 6:30 p.m., the Drug Enforcement Administration (DEA) Amarillo Resident Office (ARO), Potter County Sheriff's Office (PCSO) Special Operation Division (SOD), and the Amarillo Police Department (APD) PACE unit conducted surveillance on Brandi DUNCAN at 1730 S Girl Scout Rd., Amarillo, Potter County, Texas.

5) At approximately 9:30 p.m., agents/officers observed a black Dodge Journey bearing Texas registration STR2462 leave the residence. Agents/officers followed the Dodge Journey to the Toot'n Totum located at 2151 SE 34th Ave., Amarillo, Randall County, Texas.

6) At approximately 9:40 p.m., Task Force Officer (TFO) Randy Mincher observed a silver Toyota Camry bearing Texas registration POAPOA arrive at the Toot'n Totum. TFO Mincher observed Naomi SALAZAR get out of the Toyota Camry holding a white bag in her hand. TFO Mincher observed SALAZAR walk over to the Dodge Journey and give DUNCAN the white bag in exchange for an unknown item. TFO Mincher observed SALAZAR get back into the Toyota Camry with the unknown item.

7) Shortly after, agents/officers began to follow both the Dodge Journey and the Toyota Camry as the exited the parking lot of the Toot'n Totum and travel in different directions.

8) At approximately 9:50 p.m., Corporal Anthony Kennedy observed the Dodge Journey traveling northbound on S. Osage St., approaching the intersection of E. Interstate. Dr. Cpl. Kennedy observed the Dodge Journey fail to signal and make a wide right turn when turning onto E. Interstate Dr. from S. Osage Steet. Fail to signal and a wide right turn are violations of the Texas Transportation Code. Officer Chance Harlan and Officer Cody Adams conducted a traffic stop on the Dodge Journey for the violations observed.

9) Officer Harlan and Officer Adams made contact with the driver of the vehicle and DUNCAN, who was the front seat passenger. DUNCAN was placed under arrest for outstanding warrants. Officers asked the driver for consent to search the vehicle, which the driver denied consent. Due to the driver's statement and the hand to hand transaction observed, officers requested for a canine to respond to the traffic stop. Canine Officer Kaleb McCarrell responded to the scene and utilized his narcotics canine to perform a free air-sniff around the Dodge Journey. The canine did not alert to the presence odor of narcotics within the vehicle. Due to the conservation and information obtained from SALAZAR traffic stop interview – that she had provided Duncan three pounds of methamphetamine for $6,000 – officers conducted a probable cause search on the Dodge Journey. Cpl. Kennedy located a white plastic bag underneath the front passenger seat were DUNCAN had been sitting. The white plastic bag contained three (3) bundles of an off-white crystalline substance. The off-white crystalline substance field tested positive for the presence of methamphetamine. DUNCAN and the driver were transported to the Amarillo Police Department for an interview.

10) At approximately 10:00 p.m. Cpl. Kennedy observed a silver 2024 Toyota Camry with Texas Registration POAPOA, traveling north on N. Mirror Street in approximately the 400 block of Potter County. Cpl. Kennedy observed the Toyota Camry exit N. Mirror at the Williams Street exit where the SALAZAR failed to signal at the exit. Lt. Scott Chappell then observed the Toyota Camry fail to stop at a stop sign located at the Williams Street exit and N. Williams Street prior to making a right-hand turn. Fail to signal and fail to stop at a stop sign are violations of the Texas Transportation Code.

11) Lt. Chappell conducted a traffic stop on the Toyota Camry for the violations observed. Lt. Chappell made contact with the driver and sole occupant who was identified as Noemi SALAZAR. SALAZAR was placed under arrest for the observed traffic violations. TFO Mincher conducted a Mirandized interview with SALAZAR at the scene of the traffic stop. SALAZAR admitted to having approximately six thousand dollars ($6,000) in U.S. Currency inside of her purse in the Toyota Camry. SALAZAR admitted she had delivered three bundles of what she believed to be illegal drugs to a white female in exchange for the U.S. Currency. SALAZAR admitted to having additional drugs and U.S. Currency at her apartment located at 1710 S.E. 34th Avenue, Apt. #914. SALAZAR provided consent to search her room at the apartment where

officers located bulk U.S. Currency and ten (10) plastic wrapped bundles of an off-white crystalline substance with an approximately gross weight of ten (10) pounds, which were found in her closet. The off-white crystalline substance field tested positive for the presence of methamphetamine. SALAZAR estimated the U.S. Currency was approximately twenty thousand dollars ($20,000).

12)   During a Mirandized interview, DUNCAN admitted to meeting SALAZAR at the Toot'n Totum to conduct a narcotics transaction. DUNCAN advised that SALAZAR gave DUNCAN three (3) bundles of methamphetamine for an exchange of six thousand dollars ($6,000) in U.S. Currency.

_____
Fernando Burga
DEA Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

4/9/25 at Amarillo, TX
Date         City and State

Lee Ann Reno U.S. Magistrate Judge         _____
Name and Title of Judicial Officer          Signature of Judicial Officer

_____
Anna Marie Bell
Assistant U.S. Attorney